

Writer's Direct Dial:  (516) 663-6603
Writer's Direct Fax:  (516) 663-6803
Writer's E-Mail:  jsullivan@rmfpc.com

January 3, 2024

By ECF

The Honorable Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 11D
New York, New York 10007

> Defendants' time to answer complaint extended to January 18, 2024.  Initial conference is adjourned from January 8, 2024 to February 23, 2024 at 2:30 p.m.  Dial-In No.:  1-888-363-4749, Access Code:  3667981.
> SO ORDERED.
> Dated:  1/3/2024
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re:  *U.S.A. Famous Original Ray's Licensing Corp. v. Ray's Pizza Bar, Inc. et al.*
      Docket No. 1:23-cv-09656-PKC

Dear Judge Castel:

     We represent plaintiff, U.S.A. Famous Original Ray's Licensing Corp. ("Famous Ray's"), in the above-referenced matter. We are writing to request an adjournment of the Initial Conference currently scheduled for January 8, 2024 to February 8, 2024 or another date acceptable to the Court. We are requesting this adjournment because the defendant, Ray's Pizza Bar, Inc., has not yet answered or appeared. This is plaintiff's first request for an adjournment and it will not impact any other scheduled dates.

     One of defendant's representatives recently reached out to us to request an extension of time to answer the complaint. We indicated that we would be willing to extend defendant's time to answer the complaint to January 18, 2024, subject to Court approval. We are waiting to hear from defendant's counsel at which time we expect to file a formal stipulation memorializing the requested extension. We have informed defendant's representative that we will be making this request and we will be forward a copy of this letter to the representative.

     We remain available should the Court require any further information relating to this request.

                                              Respectfully submitted,
                                              /s/ *Jonathan C. Sullivan*
                                              Jonathan C. Sullivan
                                              For the Firm