USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| U.S.A. FAMOUS ORIGINAL RAY'S LICENSING CORP., <br><br>　　　　　Plaintiff, <br><br>　-against- <br><br> RAY'S PIZZA BAR INC., et al. <br><br>　　　　　Defendants. | 23-CV-9656 (LAK) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

　　Plaintiff filed its complaint on November 2, 2023. (Dkt. 1.) Plaintiff served the summons and complaint on defendant Ray's Pizza Bar Inc. on November 28, 2023 (Dkt. 9), making its answer due December 19, 2023. Plaintiff then stipulated to extend defendant's time to answer the complaint to January 18, 2024. (Dkt. 10; *see also* Dkt. 11.)

　　Although that date has come and gone, Ray's Pizza Bar has not appeared through counsel and has not filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

　　It is hereby ORDERED that, if Ray's Pizza Bar has not answered or otherwise responded to the complaint before **February 6, 2024**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York　　　　　SO ORDERED.
　　　　 January 23, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**BARBARA MOSES**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**