

**RMF**
**RUSKINMOSCOUFALTISCHEK** P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6603
Writer's Direct Fax: (516) 663-6803
Writer's E-Mail: jsullivan@rmfpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2024

**MEMO ENDORSED**

July 10, 2024

**VIA ECF and Email**

Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007
Moses_NYSDCChambers@nysd.uscourts.gov

RE: *U.S.A. Famous Original Ray's Licensing Corp. v. Ray's Pizza Bar Inc. et al*
No. 1:23-cv-09656-LAK-BCM

Dear Judge Moses:

We represent the plaintiff in the above-referenced case. We apologize for the delayed submission of our joint status report. Unfortunately, we did not calendar that deadline in our office, and I am currently traveling out of the country on a previously planned vacation.

With the consent of defendant's counsel, we respectfully request an adjournment of the status conference currently scheduled for July 15 to July 24, or to such other date as is convenient for the Court.

We are requesting this adjournment to allow additional time for the parties to meet and confer concerning open discovery issues and to complete a status report sufficiently in advance of the status conference. This adjournment request will not impact any other scheduled deadlines.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

/s/Jonathan Sullivan

Jonathan C. Sullivan
For the Firm

---

Application GRANTED. The conference, previously scheduled for July 15, 2024, is hereby ADJOURNED to **July 30, 2024, at 10:00 a.m.** The parties must file their joint letter no later than **July 23, 2024**. SO ORDERED.

*[signature]*
_____
Barbara Moses
United States Magistrate Judge
July 11, 2024

East Tower, 15th Floor, 1425 RXR Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ www.rmfpc.com