

Writer's Direct Dial: (516) 663-6603
Writer's Direct Fax: (516) 663-6803
Writer's E-Mail: jsullivan@rmfpc.com

August 19, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2024
```

By ECF

Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**MEMO ENDORSED**

     RE:   *U.S.A. Famous Original Ray's Licensing Corp. v. Ray's Pizza Bar Inc.*
            Case No. 1:23-cv-09656-LAK-BCM

Dear Magistrate Judge Moses:

    We represent plaintiff U.S.A. Famous Original Ray's Licensing Corp. ("Plaintiff") in the above referenced case. The purpose of this letter is to request an adjournment of the settlement conference in the above referenced matter which is currently scheduled for August 21, 2024 at 2:15 p.m.

    We are requesting this adjournment because my client's representative, Agatha Mangano, has a serious family matter which required her immediate attention. Ms. Mangano needed to fly to Florida to address this matter and is not certain when she will be able to return to New York. We expect to have further information concerning Ms. Mangano's availability as the week progresses. We also note that Ms. Mangano's brother, who would normally represent the company in Ms. Mangano's absence, has also traveled to Florida in connection with this family matter.

    We do not make this request lightly and are mindful of the Court's rules requiring that requests to adjourn settlement conferences be made one week in advance of the settlement conference. We must, however, respectfully request an adjournment based on these unforeseen circumstances. Defendant's counsel consents to this request.



August 19, 2024
Page 2

    We understand that the Court's schedule is full, but we will make every effort to have a representative available should the Court have availability during the week of August 26th or September 2nd. We expect to have further information concerning Ms. Mangano's availability as the week progresses and we will call Chambers with Defendant's counsel to ask whether the Court has any availability once we have new proposed dates. We may need to request that Ms. Mangano be allowed to appear remotely should the Court have availability next week.

    We appreciate the Court's consideration of this request.

                      Respectfully submitted,
                        */s/Jonathan C. Sullivan*
                      Jonathan C. Sullivan
                      For the Firm

> Application GRANTED. The settlement conference scheduled for August 21, 2024, is hereby ADJOURNED to **September 4, 2024, at 2:15 p.m.** Any update to the parties' pre-settlement submissions (*see* Dkt. 28 ¶ 3) must be received no later than **August 28, 2024**. SO ORDERED.
>
> *[signature]*
>
> Barbara Moses
> United States Magistrate Judge
> August 19, 2024

RUSKIN Moscou Faltischek

1425 RXR Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ www.rmfpc.com